# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN RENEE SKAIEN,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:17-CV-09309 (VEB)<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees, IT IS ORDERED that fees and expenses in the amount of $5,200.00, as authorized by 28 U.S.C. § 2412, and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: August 28, 2019

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE